# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2017, true and correct copies of Plaintiff's Letter Motion to File under Seal with Plaintiff's Supplemental Letter Brief (with supporting exhibits) was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service by mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the following counsels-of-record:

Mark E. Goidell, Esq.
Law Office of Mark E. Goidell
666 Old Country Road, Suite 700
Garden City, New York 11530
Tel.      (516) 683-0001
Fax.      (516) 228-0383
Email:    mark@goidell.com

*Counsel for Defendants EME Technology International, Inc., Robert Johnson, Rooftop Antenna Safety Services LLC, and Susan Johnson*

Jacques Catafago Esq.
CATAFAGO FINI LLP
350 Fifth Avenue, suite 7710
New York, New York 10118
Tel.:     (212) 239-9669
Fax:      (212) 239-9688
Email: jacques@catafagofini.com

*Counsel for Wavecontrol S.L. and Wavecontrol Inc*

Jose M. Arrufat Gracia, Esq.
Arrufat Gracia, PLLC
130 W. 42nd Street, Suite 1002
New York, New York 10036
Tel.:     (212)244-8190
Fax:      (212)244-8193
Email:    arrufat@arrufatlaw.com
*Counsel for Wavecontrol S.L. and Wavecontrol Inc*

_____
Matthew S. Blum, Esq. (MB7366)
LEVITT LLP
*Counsel for Plaintiff*
129 Front Street
Mineola, NY  11501
Tel:  (516) 248-9700
Fax: (516) 741-9224
E-mail:  mblum@levittlawllp.com